# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LEE C. RUSSEY & DEBRA D. RUSSEY  
14150 HANNA WAY  
SOUTH BELOIT, IL  61080  

SSN-xxx-xx-5052 & xxx-xx-4794

Case Number: 08-70112

Case filed on: 1/16/2008  
Plan Confirmed on: 8/8/2008  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $4,341.35       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY CHARLES T SEWELL 2554984 | 3,500.00 | 3,500.00 | 1,882.06 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 1,882.06 | 0.00 |
| 003 | EVER HOME | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ILLINOIS DEPARTMENT OF REVENUE | 164.00 | 164.00 | 0.00 | 0.00 |
|  | Total Priority | 164.00 | 164.00 | 0.00 | 0.00 |
| 999 | LEE C. RUSSEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN HONDA FINANCE CORPORATION | 9,057.18 | 8,050.00 | 1,828.96 | 306.33 |
| 002 | EVERHOME MORTGAGE | 28,315.62 | 28,115.00 | 0.00 | 0.00 |
| 030 | US DEPT OF HOUSING & URBAN DEVELOPMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 37,372.80 | 36,165.00 | 1,828.96 | 306.33 |
| 001 | AMERICAN HONDA FINANCE CORPORATION | 0.00 | 1,007.18 | 0.00 | 0.00 |
| 004 | ALLIANT ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ATTORNEY LAURA EPSTEIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CERTEGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CHECK INTO CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 548.52 | 548.52 | 0.00 | 0.00 |
| 010 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PREMIER BANKCARD/CHARTER | 454.58 | 454.58 | 0.00 | 0.00 |
| 012 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MULFORD DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MULFORD DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 2,882.82 | 2,882.82 | 0.00 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 2,359.60 | 2,359.60 | 0.00 | 0.00 |
| 019 | CREDITORS PROTECTION SERVICE, INC | 20,074.86 | 20,074.86 | 0.00 | 0.00 |
| 020 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | REBOUND PHYSICIAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY INC | 22,036.16 | 22,036.16 | 0.00 | 0.00 |
| 023 | JEFFERSON CAPITAL SYSTEMS, LLC | 603.90 | 603.90 | 0.00 | 0.00 |
| 024 | SECURITY FINANCE | 365.61 | 365.61 | 0.00 | 0.00 |
| 025 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | JEFFERSON CAPITAL SYSTEMS, LLC | 736.80 | 736.80 | 0.00 | 0.00 |
| 027 | VAUGHN'S TV & APPLIANCE | 2,397.82 | 2,397.82 | 0.00 | 0.00 |
| 028 | AFNI/VERIZON | 705.54 | 705.54 | 0.00 | 0.00 |
| 029 | VERIZON WIRELESS | 3,652.57 | 3,652.57 | 0.00 | 0.00 |
| 031 | ILLINOIS DEPARTMENT OF REVENUE | 2,210.85 | 2,210.85 | 0.00 | 0.00 |
| 032 | JEFFERSON CAPITAL SYSTEMS, LLC | 614.31 | 614.31 | 0.00 | 0.00 |
|  | Total Unsecured | 59,643.94 | 60,651.12 | 0.00 | 0.00 |
|  | Grand Total: | 100,680.74 | 100,480.12 | 3,711.02 | 306.33 |

Total Paid Claimant:       $4,017.35  
Trustee Allowance:         $324.00  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009                By  /s/Heather M. Fagan